JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 7/16/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 00-20140-RMW |
|     Plaintiff, ) | STIPULATION AND [] |
|   v. ) | ORDER FOR SENTENCING MODIFICATION UNDER |
| REGINALD LUCORY DEMERY, ) | 18 U.S.C. § 3582(c)(2) |
|     Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties acting through their respective counsel, that:

1. The Court makes its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level 31

   Criminal History Category II

   Sentencing range of 121 to 151 months of imprisonment

STIPULATION FOR SENTENCING MODIFICATION UNDER 18 U.S.C. § 3582(c)(2)
CR 99-20135-JW

3. Defendant was sentenced on July 9, 2001 to 168 months of imprisonment. At sentencing, the district court departed upward from criminal history category II to III based on under-representative criminal history category. The sentence of 168 months of imprisonment was 111% of the high-end (151 months) of Demery's guideline's range. Using the same 111% ratio with the high end of the newly applicable guideline range yields a sentence of 135 months of imprisonment, which is recommended in the Reduction of Sentence Report filed by the United States Probation Office.

4. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual.*

5. Defendant's revised guideline calculation is as follows:

    Total Offense Level 29

    Criminal History Category II

    Sentencing range of 97-121 months of imprisonment

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals that he has maintained clear conduct and has had no incident or disciplinary reports. He has received positive work evaluations and has completed various classes.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 135 months is appropriate in this matter.

8. Defendant's current projected release date is July 13, 2013.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).

11. Defendant waives his right to appeal the district court's sentence.

STIPULATION FOR SENTENCING MODIFICATION UNDER 18 U.S.C. § 3582(c)(2)
CR 99-20135-JW     2

1   12. Accordingly, the parties agree and stipulate that an amended judgment may be entered
by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. §
1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*.

IT IS SO STIPULATED:


DATED: June _26_, 2008                     Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                           _____/s/_____
                                           JOHN N. GLANG
                                           Assistant United States Attorney


DATED:   June _26_, 2008                   _____/s/_____
                                           ALLEN SCHWARTZ
                                           Attorney for defendant Reginald Lucory Demery

STIPULATION FOR SENTENCING MODIFICATION UNDER 18 U.S.C. § 3582(c)(2)
CR 99-20135-JW                             3

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Court is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2);

2. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*;

3. Defendant has waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007);

4. Defendant has waived his right to appeal the district court's sentence;

5. Defendant's revised guideline calculation under U.S.S.G. § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual* is:

    Total Offense Level 29

    Criminal History Category II

    Sentencing range of 97-121 months of imprisonment

6. The appropriate sentence in this matter is 135 months of imprisonment. All other aspects of the original judgment order, including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

7. An amended judgment shall be entered by the Court in accordance with the parties' stipulation pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*.

DATED: 7/16/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge